**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE ISRAEL MANZO-FLORES,

Defendant - Appellant.

No. 12-30255

D.C. No. 2:12-cr-06004-LRS

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, District Judge, Presiding

Submitted January 21, 2014[**]

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Jose Israel Manzo-Flores appeals from the district court's judgment and

challenges the 46-month sentence imposed following his guilty-plea conviction for

being an alien found in the United States after deportation, in violation of 8 U.S.C.

§ 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Manzo-Flores's

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Manzo-Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Manzo-Flores has waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**